**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**WILLIAM PAUL DABBS,**
**Plaintiff,**

**vs.** **Case No.: 4:26cv180/MCR/MAF**

**RICHARD COMERFORD,**
**Defendant.**
______________________________/

# ORDER

The magistrate judge issued a Report and Recommendation on July 20, 2026. (Doc. 9). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 9) is adopted and incorporated by reference in this Order.

2. This action is **DISMISSED with prejudice** pursuant to 28 U.S.C §§ 1915(e)(2) and 1915A for failure to state a claim on which relief may be granted. The dismissal counts as a "strike" pursuant to § 1915(e)(2)(B)(ii).

3. The Clerk of Court is directed to enter judgment in accordance with this

order and close this case.

**DONE AND ORDERED** this 28th day of October 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**